**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  October 28, 2025

Mr. Robert Joseph Muise
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113

Mr. William R. Wagner
Law Office
5600 W. Mount Hope Highway
Lansing, MI 48917

      Re:  Case No. 25-1973, *Right to Life of Michigan, et al v. Gretchen Whitmer, et al*
           Originating Case No. 1:23-cv-01189

Dear Counsel,

    This appeal has been docketed as case number **25-1973** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **November 12, 2025**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

            Appellant:    Appearance of Counsel
                         Civil Appeal Statement of Parties & Issues
                         Disclosure of Corporate Affiliations
                         Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Gretchen
Direct Dial No. 513-564-7018

cc:  Ms. Kyla L Barranco

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-1973**

RIGHT TO LIFE OF MICHIGAN; CELINA ASBERG; GRACE FISHER; ANDREA SMITH; JOHN HUBBARD

      Plaintiffs - Appellants

v.

GRETCHEN WHITMER; DANA NESSEL; JOCELYN BENSON, in their official capacities

      Defendants - Appellees